IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JASON JOHNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:11cv615-WHA |
| | ) |
| COOSA COUNTY JAIL, | )              (wo) |
| | ) |
| Defendant. | ) |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), entered on August 18, 2011, the Recommendation is adopted, and it is hereby ORDERED as follows:

1. Plaintiff's claims against the Coosa County Jail are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2. Plaintiff's § 1983 access to courts claim is DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i); and

3. Plaintiff's Complaint is DISMISSED prior to service of process.

DONE this 8th day of September, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE